BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Attorney, SBN 080142
KEVIN D. SIEGEL, Deputy City Attorney, SBN 194787
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:   (510) 238-4982
Facsimile:    (510) 238-6500
E-Mail:  ksiegel@oaklandcityattorney.org
X03814/1007909_1

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC., THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20,<br><br>Defendants. | Case No. CV-12-1740-LB<br><br>**STIPULATION RESOLVING LITIGATION AGAINST CITY OF OAKLAND** |

Plaintiff Peter Lau ("Lau") and Defendants City of Oakland and Oakland Police Department (collectively, "Oakland"), by and through counsel, stipulate as follows:

Whereas, Lau filed the above-entitled lawsuit against Oakland alleging that Oakland had illegally declined to return a firearm to Lau;

Whereas, prior to the commencement of this lawsuit Oakland had not returned the firearm to Lau because Oakland had considered the firearm to be an assault weapon under California law due to a malfunctioning "bullet button";

Whereas, Lau has now replaced the malfunctioning bullet button with a functioning bullet

button, submitted a new Law Enforcement Gun Release Application ("LEGR") to the California Department of Justice ("CADOJ"), and the CADOJ has returned the LEGR to Lau;

    Whereas, Lau and Oakland agree that the firearm, with the functioning bullet button installed, is not an assault weapon and that the firearm may be returned to Lau; and

    Whereas, Lau has retrieved the firearm from Oakland Police Department.

    Now therefore:

    1.    Lau shall dismiss with prejudice his lawsuit against Oakland.

    2.    Lau and Oakland shall each bear their respective litigation expenses incurred in connection with this lawsuit (including without limitation attorney's fees and costs).

    3.    This stipulation may be executed in counterparts, and photocopies or facsimiles shall constitute good evidence of such execution.

Dated: August _21, 2012

    BARBARA J. PARKER, City Attorney
    RANDOLPH W. HALL, Chief Assistant City Attorney
    KEVIN D. SIEGEL, Deputy City Attorney

By:     /s/
    Kevin D. Siegel, Attorneys for Defendant City of Oakland

Dated: August _21, 2012

    Donald E.J. Kilmer, Jr.
    LAW OFFICES OF DONALD KILMER

By:     /s/
    Donald E. Kilmer, Jr., Attorneys for Plaintiffs