1 | BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Attorney, SBN 080142
2 | KEVIN D. SIEGEL, Deputy City Attorney, SBN 194787
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, California 94612
Telephone:    (510) 238-4982
4 | Facsimile:    (510) 238-6500
E-Mail: ksiegel@oaklandcityattorney.org
5 | X03814/1007909_1

6 | Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC., THE SECOND AMENDMENT FOUNDATION, INC., | Case No. CV-12-1740-LB |
|---|---|
| Plaintiffs, | **STIPULATION RESOLVING LITIGATION AGAINST CITY OF OAKLAND** |
| vs. | |
| KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20, | |
| Defendants. | |

Plaintiff Peter Lau ("Lau") and Defendants City of Oakland and Oakland Police Department (collectively, the "Oakland"), by and through counsel, stipulate as follows:

Whereas, Lau filed the above-entitled lawsuit against Oakland alleging that Oakland had illegally declined to return a firearm to Lau;

Whereas, prior to the commencement of this lawsuit Oakland had not returned the firearm to Lau because Oakland had considered the firearm to be an assault weapon under California law due to a malfunctioning "bullet button";

Whereas, Lau has now replaced the malfunctioning bullet button with a functioning bullet button, submitted a new Law Enforcement Gun Release Application ("LEGR") to the California Department of Justice ("CADOJ"), and the CADOJ has returned the LEGR to Lau;

Whereas, Lau and Oakland agree that the firearm, with the functioning bullet button installed, is not an assault weapon and that the firearm may be returned to Lau; and

Whereas, Lau has retrieved the firearm from OPD.

Now therefore:

1. Lau shall dismiss with prejudice his lawsuit against Oakland.

2. Lau and Oakland shall each bear their respective litigation expenses incurred in connection with this lawsuit (including without limitation attorney's fees and costs).

3. This stipulation may be executed in counterparts, and photocopies or facsimiles shall constitute good evidence of such execution.

Dated: August 23, 2012

        BARBARA J. PARKER, City Attorney
        RANDOLPH W. HALL, Chief Assistant City Attorney
        KEVIN D. SIEGEL, Deputy City Attorney

By:     /s/ Kevin Deigal
        Kevin D. Siegel, Attorneys for Defendant City of Oakland

Dated: August 23, 2012

        Donald E.J. Kilmer, Jr.
        LAW OFFICES OF DONALD KILMER

By:     /s/ Donald Kilmer
        Donald E. Kilmer, Jr., Attorneys for Plaintiffs