Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Voice: (949) 310-0817
Fax:    (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20, <br><br>Defendants. | CASE NO.:   C-12-1740 LB <br><br>DISMISSAL OF DEFENDANTS: CITY OF OAKLAND AND OAKLAND POLICE DEPARTMENT <br><br>Fed. R. Civ. Pro. 41(a) |

By and through undersigned counsel:

PLEASE TAKE NOTICE the all the Plaintiffs hereby dismiss the Defendants CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT from this action

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*     Page 1 of  2     Dismissal: Oakland

with prejudice. This voluntary dismissal is made pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully Submitted on August 23, 2012.

   /s/   Donald Kilmer

Donald Kilmer for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*     Page 2 of 2     Dismissal: Oakland