# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS CHURCHILL, et al.

                Plaintiff(s),

             v.

KAMALA HARRIS – as Attorney General, et al.

                Defendant(s).
_____/

Case No. C12-1740 LB

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 8, 2012

                *s/Christine Van Aken*
                [Party]
                Defts. CCSF & SFPD

Dated: November 8, 2012

                *s/Christine Van Aken*
                [Counsel]
                Christine Van Aken

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."