1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone: (408) 264-8489
4  Facsimile:  (408) 264-8487
   E-Mail: Don@DKLawOffice.com

5
   Jason A. Davis [SBN: 224250]
6  Davis & Associates
   30021 Tomas Street, Suite 300
7  Rancho Santa Margarita, CA 92688
   Voice: (949) 310-0817
8  Fax:    (949) 288-6894
   E-Mail: Jason@CalGunLawyers.com

9
   Attorneys for Plaintiffs
10
                   **UNITED STATES DISTRICT COURT**
11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
12

13  DOUGLAS CHURCHILL, PETER
    LAU, THE CALGUNS                      CASE NO.: CV-12-1740 LB
14  FOUNDATION, INC., THE SECOND
    AMENDMENT FOUNDATION,
15  INC.,                                 PLAINTIFFS' ADR CERTIFICATION

16
             Plaintiffs,
17
                vs.
18

19  KAMALA HARRIS – as Attorney
    General, CALIFORNIA
20  DEPARTMENT OF JUSTICE,
    CITY/COUNTY OF SAN
21  FRANCISCO, and SAN FRANCISCO
    POLICE DEPARTMENT, CITY OF
22  OAKLAND, OAKLAND POLICE
    DEPARTMENT and Does 1 to 20,
23

24           Defendants.

25

26       Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned

27  certifies that he or she has:

**Donald Kilmer**
Attorney at Law    28
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*        Page 1 of  2        Plaintiffs' ADR Certification

1        (1) Read the handbook entitled "Dispute Resolution Procedures in the

2   Northern District of California" on the Court's ADR Internet site

3   www.adr.cand.uscourts.gov;

4        (2) Discussed the available dispute resolution options with his clients that

5   are provided by the Court and private entities; and

6        (3) Considered whether this case might benefit from any of the available

7   dispute resolution options.

8

9        In point of fact, the Plaintiffs have already settled all claims against the

10  CITY OF OAKLAND and OAKLAND POLICE DEPARTMENT.  Plaintiffs are still

11  engaged in active settlement discussions with the CITY/COUNTY OF SAN

12  FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT.

13       Respectfully Submitted on November 13, 2012,

14         /s/ Donald Kilmer

15       Attorney for the Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487