**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

Date: **November 15, 2012**

**C 12-1740 LB**

**Douglas Churchill, et al.** v **Kamala Harris, et al.**

Plaintiff Attorney(s):     Donald E.J. Kilmer, Jr.
Defendant Attorney(s):    Daniel J. Powell

Deputy Clerk: **LASHANDA SCOTT**    Time: 15 Minutes
                                    Reporter: **Margo Gurule**

**PROCEEDINGS:**                                    **RULING:**

1. Defendant's Motion to Dismiss                    Matter Held
2. 

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Notes: