| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137<br>CHRISTINE VAN AKEN, State Bar #241755 |
| 3 | Deputy City Attorneys<br>1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234<br>San Francisco, California 94102-4682 |
| 5 | Telephone:     (415) 554-4633<br>Facsimile:      (415) 554-4699 |
| 6 | E-Mail:          christine.van.aken@sfgov.org |
| 7 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO and |
| 8 | SAN FRANCISCO POLICE DEPARTMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC., THE SECOND AMENDMENT FOUNDATION, INC., | Case No. C12-1740 LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| vs. | |
| KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20, | Trial Date:           None Set |
| Defendants. | |

The Case Management Conference is currently scheduled for Thursday, November 29, 2012 at 10:30 a.m.  The parties request a continuance of the Case Management Conference to Thursday, January 17, 2013 at 10:30 a.m., subject to the Court's availability, and with all remaining deadlines associated with the initial case management conference similarly continued.  There is good cause for such a continuance.  The Court is considering the California Department of Justice's motion to dismiss this case for lack of jurisdiction and/or failure to state a cause of action, and the City and County of San Francisco and plaintiffs are working diligently in an attempt to reach a settlement agreement.  San Francisco and plaintiffs are hopeful that they will be able to reach such an agreement, and have made progress to that effect, but have not yet done so.  Continuing the initial case management conference would enable the parties to continue their settlement efforts while conserving judicial resources.

Accordingly, pursuant to Local Civil Rule 6-2, the parties who have appeared in this case stipulate as follows:

1. Subject to the Court's approval, the Initial Case Management Conference shall be continued to Thursday, January 17, 2013, at 10:30 a.m., or to a date shortly thereafter;

2. The last day to file the Case Management Statement, file the Rule 26(f) Report and exchange initial disclosures shall be January 10, 2013.

Dated: November 20, 2012     By: **s/*Donald E. J. Kilmer*
    Donald E. J. Kilmer, Jr.
    Attorneys for Plaintiffs

Dated: November 20, 2012     By: **s/*Daniel J. Powell*
    Daniel J. Powell
    Attorneys for Defendants Kamala Harris and California Department of Justice

Dated: November 20, 2012     By: s/*Christine Van Aken*
    Christine Van Aken
    Attorney for Defendants City and County of San Francisco and San Francisco Police Department

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

**[PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

HONORABLE LAUREL BEELER
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER          2          n:\govlit\li2012\121243\00809611.doc
CONTINUING CMC; CASE NO. C12-1740 LB