DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4633
Facsimile:    (415) 554-4699
E-Mail:       christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC., THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20,<br><br>Defendants. | Case No. C12-1740 LB<br><br>**DECLARATION OF CHRISTINE VAN AKEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:        None Set |

I, Christine Van Aken, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco and an attorney of record for defendants City and County of San Francisco and the San Francisco Police Department. The matters within this declaration are true of my personal knowledge or, where stated otherwise, upon information and belief.

2. The parties to this case are submitting a stipulated request for an order continuing the Initial Case Management Conference and related deadlines. The new date for the initial case management conference would be January 17, 2013, at 10:30 a.m.

3. This request is made for good cause. The Court is considering the California Department of Justice's motion to dismiss this case for lack of jurisdiction and/or failure to state a cause of action, and the City and County of San Francisco and plaintiffs are working diligently in an attempt to reach a settlement agreement. San Francisco and plaintiffs are hopeful that they will be able to reach such an agreement, and have made progress to that effect, but have not yet finalized an agreement. Continuing the initial case management conference would enable the parties to continue their settlement efforts while conserving judicial resources.

4. There has been one previous modification of time in this case: the parties stipulated, and the Court ordered, a continuance of the initial case management conference to accommodate my vacation schedule during the summer. I believe that this proposed modification of time will have minimal impact on the schedule for this case because the continuance requested is short and because the continuance will save judicial resources in the event the dispute between San Francisco and plaintiffs is resolved through settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of November, 2012, at San Francisco, California.

                                                s/Christine Van Aken
                                                Christine Van Aken