**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone: (408) 264-8489
4  Facsimile:  (408) 264-8487
   E-Mail: Don@DKLawOffice.com
5
   Jason A. Davis [SBN: 224250]
6  Davis & Associates
   30021 Tomas Street, Suite 300
7  Rancho Santa Margarita, CA 92688
   Voice: (949) 310-0817
8  Fax:   (949) 288-6894
   E-Mail: Jason@CalGunLawyers.com
9
   Attorneys for Plaintiffs
10

11              **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13 | DOUGLAS CHURCHILL, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC., | CASE NO.: CV-12-1740 LB |
|---|---|
| Plaintiffs, | NOTICE OF ADR AND REQUEST TO RESET CASE MANAGEMENT CONFERENCE |
| vs. | Current Date for CMC: Jan. 17, 2013 |
| CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, | |
| Defendants. | |

23      The remaining plaintiffs and defendants[1] in this case have reached an

24 informal settlement of this case and they are working diligently to finalize a

25 settlement agreement and dismissal of this action.

26 ─────────────────────

27    [1] Plaintiff Peter Lau and Defendants City of Oakland and Oakland P.D. were
    dismissed by way prior stipulation.  Defendants Kamala Harris and California
28  Department of Justice were dismissed by prior court order.

*Churchill, et al v. Harris, et al*           Page 1 of  2                          Complaint

1  The parties jointly request that the current CMC set for January 17, 2013 be
2  reset to sometime in April of 2013 with a Joint Case Management Conference
3  Statement due ten (10) days prior to that conference.  Furthermore, the parties
4  request all other current due dates (Disclosures, Discovery, Amendments of
5  Pleadings, etc....) be stayed until the date of the (contingent) Case Management
6  Conference.

7  **SO STIPULATED**.

8  Date: December 20, 2012                                      Date: December 20, 2012

9     /s/                                                                          /s/
   Christine Van Aken                                           Donald Kilmer
10 Deputy City Attorney                                         Attorney at Law
   Counsel for Defendants                                       Counsel for Plaintiffs

13  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**
14  I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from
15  Christine Van Aken that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San
16  Jose, CA on December 20, 2012.

17     /s/
   Donald Kilmer
18 Attorney for Plaintiffs

20  **ORDER**

21  The Case Management Conference currently set for January 17, 2013 is reset
22  to: (Date) _____, at (Time): _____, all current due
23  dates are vacated.  If the no dismissal is filed in a timely manner, the parties shall
24  file a joint case management conference statement 10 days prior to the new CMC.
25  Date:

                                                                    _____
                                                                    United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*                Page 2 of 2                Complaint