1 Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
2 A Professional Corporation
1645 Willow Street, Suite 150
3 San Jose, California 95125
Telephone: (408) 264-8489
4 Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com
5
Jason A. Davis [SBN: 224250]
6 Davis & Associates
30021 Tomas Street, Suite 300
7 Voice: (949) 310-0817
Fax:   (949) 288-6894
8 E-Mail: Jason@CalGunLawyers.com

9 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20, <br><br> Defendants. | CASE NO.:   C-12-1740 LB <br><br> NOTICE OF SETTLEMENT BETWEEN PLAINTIFF LAU AND SAN FRANCISCO POLICE DEPARTMENT AND CITY/COUNTY OF SAN FRANCISCO AND DISMISSAL OF SAID DEFENDANTS |

By and through undersigned counsel:

PLEASE TAKE NOTICE that Plaintiff PETER LAU hereby dismisses this suit and any claims he has against the Defendants SAN FRANCISCO POLICE

*Churchill, et al v. Harris, et al*    Page 1 of 2    Dismissal: Lau v. SF

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1 DEPARTMENT and the CITY/COUNTY OF SAN FRANCISCO from this action.

2 The dismissal is with prejudice.  The remaining parties: DOUGLAS CHURCHILL,

3 THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT

4 FOUNDATION, INC., and CITY/COUNTY OF SAN FRANCISCO, and SAN

5 FRANCISCO POLICE DEPARTMENT are preparing a settlement and dismissal

6 which shall be filed forthwith.

7 **SO STIPULATED**.

8 Date: February 28, 2013                                  Date: February 28, 2013

9 _____/s/_____                          _____/s/_____
   Christine Van Aken                                        Donald Kilmer
10 Deputy City Attorney                                      Attorney at Law
   Counsel for Defendants                                    Counsel for Plaintiffs

11

12

13 **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

14
   I, Donald Kilmer, declare under penalty of perjury under the laws of California
15 and the United States that I have in my possession e-mail correspondence from
   Christine Van Aken that the content of this document is acceptable to all persons
16 required to sign the document.  I declare that this document was signed in San
   Jose, CA on February 28, 2013.
17
   _____/s/_____
18 Donald Kilmer
   Attorney for Plaintiffs
19

20 **ORDER**

21    Any and all claims and causes of action Plaintiffs PETER LAU has against

22 the Defendants CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO

23 POLICE DEPARTMENT are hereby dismissed with prejudice.

24

25 Date:

26
                                                         _____
27                                                       United States District Judge

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*               Page 2 of 2                    Dismissal: Lau v. SF