Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Voice: (949) 310-0817
Fax:    (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, PETER LAU, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS – as Attorney General, CALIFORNIA DEPARTMENT OF JUSTICE, CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and Does 1 to 20,<br><br>Defendants. | CASE NO.:   C-12-1740 LB<br><br>NOTICE OF SETTLEMENT BETWEEN PLAINTIFF LAU AND SAN FRANCISCO POLICE DEPARTMENT AND CITY/COUNTY OF SAN FRANCISCO AND DISMISSAL OF SAID DEFENDANTS<br><br>ORDER |

By and through undersigned counsel:

PLEASE TAKE NOTICE that Plaintiff PETER LAU hereby dismisses this suit and any claims he has against the Defendants SAN FRANCISCO POLICE

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*          Page 1 of  2          Dismissal: Lau v. SF

1  DEPARTMENT and the CITY/COUNTY OF SAN FRANCISCO from this action.

2  The dismissal is with prejudice.   The remaining parties: DOUGLAS CHURCHILL,

3  THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT

4  FOUNDATION, INC., and CITY/COUNTY OF SAN FRANCISCO, and SAN

5  FRANCISCO POLICE DEPARTMENT are preparing a settlement and dismissal

6  which shall be filed forthwith.

7  **SO STIPULATED**.

8  Date: February 28, 2013                                    Date: February 28, 2013

9     /s/                                                                        /s/
   Christine Van Aken                                         Donald Kilmer
10 Deputy City Attorney                                       Attorney at Law
   Counsel for Defendants                                     Counsel for Plaintiffs

13 **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

15  I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Christine Van Aken that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on February 28, 2013.

18     /s/
   Donald Kilmer
   Attorney for Plaintiffs

20  **ORDER**

21  Any and all claims and causes of action Plaintiffs PETER LAU has against

22  the Defendants CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO

23  POLICE DEPARTMENT are hereby dismissed with prejudice.

25  Date: March 4, 2013

   _____
   United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487