Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, <br><br> Defendants. | CASE NO.: CV-12-1740 LB <br><br> NOTICE OF ADR AND REQUEST TO RESET CASE MANAGEMENT CONFERENCE <br> ORDER <br> Current Date for CMC: April 18, 2013 |

The remaining plaintiffs and defendants[1] in this case have reached a settlement of this case and they are working diligently to finalize the paperwork that will result in a dismissal of this action.

---

[1] Plaintiff Peter Lau and Defendants City of Oakland and Oakland P.D. were dismissed by way prior stipulation.  Defendants Kamala Harris and California Department of Justice were dismissed by prior court order.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

The parties jointly request that the current CMC set for April 18, 2013 be reset to sometime in June of 2013 with a Joint Case Management Conference Statement due ten (10) days prior to that conference.  Furthermore, the parties request all other current due dates (Disclosures, Discovery, Amendments of Pleadings, etc....) be stayed until the date of the (contingent) Case Management Conference.

**SO STIPULATED**.

Date: April 3, 2013 — Date: April 3, 2013

/s/ Christine Van Aken
Deputy City Attorney
Counsel for Defendants

/s/ Donald Kilmer
Attorney at Law
Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Christine Van Aken that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on April 3, 2013.

/s/
Donald Kilmer
Attorney for Plaintiffs

## ORDER

The Case Management Conference currently set for April 3, 2013 is reset to: (Date) June 27, 2013, at (Time): 11:00 a.m., all current due dates are vacated.  If the no dismissal is filed in a timely manner, the parties shall file a joint case management conference statement 10 days prior to the new CMC.

Date: April 8, 2013

United States District Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Churchill, et al v. Harris, et al*     Page 2 of 2     Complaint