Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27201 Puerta Real
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHURCHILL, THE CALGUNS FOUNDATION, INC. THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY/COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, and Does 1 to 20, <br><br> Defendants. | CASE NO.: CV-12-1740 LB <br><br> DISMISSAL <br><br> ORDER VACATING CMC |

The remaining plaintiffs and defendants[1] in this case have reached a settlement and file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

---

[1] Plaintiff Peter Lau and Defendants City of Oakland and Oakland P.D. were dismissed by way prior stipulation.  Defendants Kamala Harris and California Department of Justice were dismissed by prior court order.

1. The remaining Plaintiffs are Douglas Churchill, The Second Amendment Foundation, Inc., and The Calguns Foundation, Inc. The remaining Defendants are the City/County of San Francisco and the San Francisco Police Department.

2. Defendant, who has filed and served an answer, agrees to a dismissal with prejudice.

3. The parties have reached a negotiated settlement and consent to dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal and/or state court suit based on or including the same claims against these same defendants, as those presented in this case.

8. The parties jointly request an order vacating the Case Management Conference set for June 27, 2013.

**SO STIPULATED**.

Date: May 13, 2013                                   Date: May 13, 2013

    /s/                                                      /s/
Christine Van Aken                              Donald Kilmer
Deputy City Attorney                          Attorney at Law
Counsel for Defendants                      Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Christine Van Aken that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on May 13, 2013.

    /s/
Donald Kilmer
Attorney for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

# **ORDER**

The Case Management Conference currently set for June 27, 2013 is vacated. The Court acknowledges the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
United States District Judge

*Churchill, et al v. Harris, et al*          Page 3 of 3          Dismissal

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487